John L. Cooper (State Bar No. 050324)
  jcooper@fbm.com
Grace K. Won (State Bar No. 178258)
  gwon@fbm.com
Matthew A. Hollander (State Bar No. 240361)
  mhollander@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
Orrick, Herrington & Sutcliffe LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SiRF TECHNOLOGY, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP,<br><br>   Defendant. | Case No. C 09-4013 MHP<br><br>**~~[PROPOSED]~~ ORDER GRANTING ORRICK'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ORRICK'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ORRICK'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION**<br><br>Date: April 19, 2010<br>Time: 2:00 PM<br>Courtroom: 15, 18th Floor<br><br>Hon. Marilyn Hall Patel |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ORRICK'S MTN TO
FILE UNDER SEAL / Case No. C 09-4-13 MHP

This matter comes before the Court on Defendant Orrick, Herrington & Sutcliffe LLP ("Orrick")'s Administrative Motion for Leave to File Under Seal Orrick's Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment ("Memorandum of Points and Authorities"), portions of the Declaration of John L. Cooper in Support of Orrick's Motion for Partial Summary Judgment ("Cooper Declaration"), and Exhibits F, L, M, N, P, Q, R, U, BB, CC, FF, GG, HH to the Cooper Declaration. Having considered Orrick's motion, as well as the pleadings and materials lodged in this matter, the Court finds good cause and **GRANTS** the motion to seal as follows.

**IT IS HEREBY ORDERED** that the following documents should be sealed:

- ~~Orrick's Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment; and~~
- Paragraphs 7, 13–15, 17–19, 22, 29–30, and 33–35 of the Declaration of John L. Cooper in Support of Orrick's Motion for Partial Summary Judgment; and
- Exhibits F, L, M, N, P, Q, R, U, BB, CC, FF, GG, HH to the Declaration of John L. Cooper in Support of Orrick's Motion for Partial Summary Judgment.

**IT IS SO ORDERED.**

Dated: __2/23_____, 2010

_____
JUDGE M.
United Stat

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*