UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SiRF TECHNOLOGY, INC., | ) | Case No. CV 09-4013 MHP |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause having been shown by Plaintiff SiRF Technology, Inc. ("SiRF") at the hearing on October 4, 2010, it is hereby:

**ORDERED** that GloNav Inc. (by and through ST-Ericsson and NXP Semiconductors USA, Inc.) appear before this Court on the  24th  day of  January , 201 1  at  3:00  p.m., in Courtroom 15 on the 18th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why GloNav Inc. (by and through ST-Ericsson and NXP Semiconductors USA, Inc.) should not be compelled to allow counsel for

1  SiRF access to documents and electronic data that GloNav Inc. produced in International Trade
2  Commission Investigations 337-TA-596 and 337-TA-602 and which is currently in the
3  possession of Defendant Orrick, Herrington & Sutcliffe LLP; and it is further
4      **ORDERED** that a copy of this Order to Show Cause be served upon ST-Ericsson and
5  NXP Semiconductors USA, Inc. in accordance with Rule 4 of the Federal Rules of Civil
6  Procedure at least ____30____ days before the return date of this Order.

8      IT IS SO ORDERED.

11  DATED: _12/2_____, 2010   _____
12                                                  MARILYN HALL PATEL
13                                                  United States District Judge
14                                                  Northern District of California

*IT IS SO ORDERED. Judge Marilyn H. Patel*